UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-22-MOC

| NAJIYYAH GEORGE, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| WELLS FARGO BANK, NA, | ) |
| Defendant. | ) |

This matter comes before the court on the Parties' Joint Motion to Stay Proceedings Pending Arbitration of their employment dispute. (Doc. No. 5). The parties have attached to their joint motion an agreement requiring arbitration of any employment-based disputes between them. The parties assert that Plaintiff initiated arbitration with the American Arbitration Association on February 8, 2021, regarding the claims alleged in her Complaint. The Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq., embodies the "liberal federal policy favoring arbitration agreements." Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 24 (1983). The FAA requires a district court to stay "any suit or proceeding" pending arbitration of "any issue referable to arbitration under an agreement in writing for such arbitration." 9 U.S.C. § 3.

The Court concludes that the parties' dispute is referable to arbitration, GRANTS the joint motion to stay further litigation, and DIRECTS the parties to undertake arbitration pursuant to their agreement. The parties shall notify the Court when the arbitration proceedings have

1

ended and whether this matter may be dismissed.

**IT IS SO ORDERED.**

Signed: February 19, 2021

Max O. Cogburn Jr
United States District Judge

2

Case 3:21-cv-00022-MOC   Document 7   Filed 02/19/21   Page 2 of 2